**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 16-1701**

_____

ALBERT WILLIAM LACY,

              Plaintiff - Appellant,

       v.

GEORGE CASTELLE, Kanawha Co. Chief Public Defender; BARBARA
A. BROWN, Deputy Public Defender; JUSTIN COLLIN, Lawyer Public
Defender; UNKNOWN PUBLIC DEFENDER,

              Defendants - Appellees.

_____

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Thomas E. Johnston,
District Judge.  (2:13-cv-18215)

_____

Submitted:  October 13, 2016          Decided:  October 17, 2016

_____

Before NIEMEYER, DUNCAN, and WYNN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Albert William Lacy, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert William Lacy seeks to appeal the district court's order adopting the recommendation of the magistrate judge and dismissing without prejudice his 42 U.S.C. §§ 1983, 1985 (2012) complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-47 (1949). Because the deficiencies identified by the district court may be remedied by the filing of an amended complaint, we conclude that the order Lacy seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. See Goode v. Cent. Va. Legal Aid Soc'y, Inc., 807 F.3d 619, 623-24 (4th Cir. 2015); Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993). Accordingly, we dismiss this appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED